UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 22, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN STANFIELD, <br><br> Defendant. | Case No. 2:21-mj-00099-CKD <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  **JOHN STANFIELD** , Case No. **2:21-mj-00099-CKD** Charge **18 U.S.C. § 3606**, from custody for the following reasons: for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

       Unsecured Appearance Bond $ _____

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

**X** (Other): **Same terms and conditions of supervised release as previously imposed.**

Issued at Sacramento, California on June 22, 2021 at 2:35 PM.

By: /s/ Carolyn Delaney

Magistrate Judge Carolyn K. Delaney